a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALLAHYAR SEBGHATULLAH               CIVIL DOCKET NO. 1:25-CV-01671 SEC P
#A244-559-762,
Petitioner

VERSUS                                                      JUDGE DRELL

E GARCIA ET AL,                            MAGISTRATE JUDGE PEREZ-MONTES
Respondents

_____

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. §

2241 (ECF Nos. 1, 5) filed by pro se Petitioner Allahyar Sebghatullah

("Sebghatullah"), an immigration detainee at the Winn Correctional Center in

Winnfield, Louisiana.  Sebghatullah seeks release from detention.

A court may order a respondent to file an answer, motion, or other response,

in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing §

2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine

Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna,

M.J.)[1].  And this Court has determined that a 21 day briefing schedule is reasonable

and appropriate in similar cases.

_____

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See
Hickey v. Adler*, 2008 WL 835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575,
577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor
v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are
therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241").

Accordingly, to determine whether Sebghatullah is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (ECF No. 1, 5), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; and (3) DHS/ICE through its Office of General Counsel; and to serve, by regular mail, (4) the Warden where Sebghatullah is detained.

IT IS ORDERED that a Response be filed within **21 days** following the date of service of the Petition on the United States Attorney for the Western District of Louisiana, with summary judgment evidence regarding the lawfulness of Sebghatullah's detention.

IT IS FURTHER ORDERED that Petitioner shall have **7 days** following the filing of Respondents' answer to produce contradictory summary judgment evidence on the issue of the lawfulness of his detention.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Monday, April 27, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2