a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALLAHYAR SEBGHATULLAH                    CIVIL DOCKET NO. 1:25-CV-01671
#A244-559-762,                                                        SEC P
Petitioner

VERSUS                                                        JUDGE DRELL

E GARCIA ET AL,                          MAGISTRATE JUDGE PEREZ-MONTES
Respondents

---

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Allahyar Sebghatullah ("Sebghatullah"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.

The Government contends that it is "making efforts to schedule a commercial flight to Afghanistan in the foreseeable future." ECF No. 12-3.

Sebghatullah responds that his removal is not likely to occur in the reasonably foreseeable future because the Government has not received the "travel letter" necessary for his removal. ECF No. 13 at 1.

In another case involving removal to Afghanistan, the Government represented that an "Afghan transportation letter" is "required for removal." *See Khurami v. Garcia*, No. 1:25-CV-01672 (W.D. La.), ECF No. 13-1 at 3 (Declaration of Justin Williams). Here, Williams's Declaration states that a "travel letter request"

1

was sent on November 3, 2025 (ECF No. 12-3 at 3), but it does not state whether that letter was ever received.

Accordingly, IT IS ORDERED that the Government supplement its Response within 14 days with competent summary judgment evidence indicating whether the transportation letter requested through the U.S. Mission in Doha was received, and whether any additional authorization remains necessary before commercial transportation can be scheduled.

SIGNED on Wednesday, July 29, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE