**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| **ALLAHYAR SEBGHATULLAH #A244-559-762** | **CASE NO. 25-cv-1671 SEC P** |
| **-vs-** | **JUDGE DRELL** |
| **E GARCIA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 22), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is GRANTED. Petitioner is to be released with his property as soon as practicable, but no later than three business days. The Government is to notify Petitioner and counsel of the time of release at least two hours prior to release, and file a notice of compliance within 24 hours of release. The Government is further PROHIBITED from re-detaining Petitioner until there is a significant likelihood of his removal.[1]

THUS DONE AND SIGNED at Alexandria, Louisiana this 13th day of September 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody.